# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN THE MATTER OF:

COMPLAINT OF MEGAN E. LAU,　　　　　Case No. 3:09cv482/MCR/EMT
as 1/12th Charterer of a 2005 Bentley
240 Cruise Pontoon Boat, Hull
Identification Number BNT 115700506,
Petitioner, in a Cause for Exoneration
from or Limitation of Liability.
_____/

## O R D E R

Plaintiff Megan E. Lau filed a complaint in admiralty seeking exoneration from and limited liability for damages arising out of her 1/12th interest as charterer of a twenty-four foot, 2005 Bentley 240 Cruise Pontoon Boat, on which an accident on navigable waters resulting in personal injury occurred on June 6, 2009 (doc. 1). *See* 46 U.S.C. §§ 30501 - 30512; Fed. R. Civ. P. Admiralty, Maritime Claims, Supp. Rule F. The complaint is deficient in the following respects:

The required surety has not been deposited with the court, *see* Fed. R. Civ. P. Admiralty, Maritime Claims, Supp. Rule F(1); and this court's local rules require the plaintiff to effect publication of the notice without further order of court, Local Admiralty and Maritime Rules F(1).

It is therefore ORDERED:

The complaint will remain on the docket but the court will take no further action until these deficiencies have been cured.

**DONE AND ORDERED** this 30th day of October, 2009.

　　　　　　　　　　　　　　　　　　s/ *M. Casey Rodgers*
　　　　　　　　　　　　　　　　　　**M. CASEY RODGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**